UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE MARTINEZ,<br><br>                                    Plaintiff,<br><br>v.<br><br>FORD MOTOR COMPANY, et al.,<br><br>                                    Defendants. | Case No. 22-cv-1082-MMA (BGS)<br><br>**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL OF RECORD**<br><br>[Doc. No. 16] |

On September 22, 2022, attorney Najwa Alsheikh filed a motion to withdraw as counsel of record for Defendant Ethos Group Inc.  The motion is unopposed to date. Counsel represents, and the docket reflects, that Defendant Ethos Group Inc. continues to be represented in this matter by other attorneys.  *See* Doc. No. 16 at 2.  Upon due consideration, good cause appearing, the Court **GRANTS** the motion and **DIRECTS** the Clerk of Court to terminate Najwa Alsheikh as attorney of record for Defendant Ethos Group Inc.

**IT IS SO ORDERED**.

Dated: September 28, 2022

*[signature]*

HON. MICHAEL M. ANELLO
United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28